UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

CHRISTOPHER COLLINS,
CAMERON COLLINS, and
STEPHEN ZARSKY,

          Defendants.

18-CR-567 (VSB)

# DEFENDANT CAMERON COLLINS'S WAIVER OF APPEARANCE FOR OCTOBER 11, 2018, STATUS CONFERENCE

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Cameron Collins waives his right to be present in open court for the October 11, 2018, status conference.

Mr. Collins requests that the Court proceed on October 11, 2018, and agrees that his interest will be deemed represented by the presence of his counsel, the same as if Mr. Collins himself was personally appearing in court. Mr. Collins understands that he has a right to be present for all court proceedings in this case, and he knowingly and voluntarily waives that right for the October 11, 2018, status conference.

Mr. Collins further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act) and authorizes his attorneys to set times and delays under the Act without being personally present.

Dated:   10/3/2018
       Asbury Park, New Jersey

                                                  Cameron Collins

I agree with and consent to my client's waiver of appearance.

Dated: Oct. 3, 2018
New York, New York

                                        CROWELL & MORING LLP

                                        By: /s/ Rebecca M. Ricigliano
                                        Rebecca M. Ricigliano
                                        590 Madison Avenue, 20th Floor
                                        New York, New York 10022
                                        Telephone: (212) 895-4268

                                        Thomas A. Hanusik
                                        Patrick S. Brown (*Admitted Pro Hac Vice*)
                                        1001 Pennsylvania Avenue, NW
                                        Washington, DC 20004
                                        Telephone: (202) 624-2500

                                        *Attorneys for Cameron Collins*

SO ORDERED:

Dated: October 5, 2018
New York, New York

                                        Vernon S. Broderick
                                        United States District Judge