

1001 Pennsylvania Avenue, N.W., Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Thomas A. Hanusik
(202) 624-2530
THanusik@crowell.com

Rebecca Monck Ricigliano
(212) 895-4268
RRicigliano@crowell.com

January 3, 2020

**VIA ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.** 1/3/2020

Re: *United States* v. *Christopher Collins et al.*, 18 Cr. 567 (VSB)

Dear Judge Broderick:

We represent defendant Cameron Collins in the above-referenced matter. We write to request permission to redact personally identifying and/or otherwise sensitive information from both the memorandum and letters we will submit in advance of sentencing. Redacting such information is consistent with the Southern District of New York's Privacy Policy ("Privacy Policy"), and the categories of information for which the Privacy Policy counsels exercising caution.

The Government has no objection to this request. We will provide the Court and the Government with the unredacted sentencing submission and exhibits.

Sincerely,

Thomas A. Hanusik
Rebecca Monck Ricigliano

cc: All Counsel of Record (via ECF)

SO ORDERED:

Dated: January __, 2020

_____
Honorable Vernon S. Broderick
United States District Judge

DCACTIVE-52676060.1