# EXHIBIT A

## SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS

### *United States v. Christopher Collins, et al.*
### No. S1 18-CR-567 (VSB)

**Mary Collins**

███████████████

November 15, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY. 10007

Re: Cameron Collins

Dear Judge Broderick:

The two best days of my life are the days I gave birth to my daughter, Caitlin, and my son, Cameron. I never knew how happy being a mother could make me. I know I am extremely fortunate to have Caitlin and Cameron as my children.

Cameron was always a very curious child. He walked at six months, and proceeded to need stiches on his face three times before he was a year old, from falls he encountered in his excitement to explore the world.

Cameron was always very agile and flexible, so we let him try gymnastics when he was two years old. He loved gymnastics and progressed rapidly as he trained at an ever-increasing intensity. By 8th grade he was training five days a week and was the New York State boys gymnastics champion on vault. He also received his varsity letter in gymnastics at Clarence High School when he was in 8th grade, having received an exemption from the school district to compete at the high school level while he was still in middle school.

Cameron was always well behaved with an easy-going personality. He makes friends with everyone he meets. He is also blessed to be extremely intelligent, especially in the world of science and technology. He did well in school and was always building something in our basement workshop.

When Cameron was in high school, he represented his school and participated in several science competitions. He brought honor to Nichols High School when he won the physics competition, the sumo-bot competition and the trebuchet catapult competition at local college events. His designs were innovative and surprised the competition with unique features other competitors had never considered.

It was no surprise to anyone when Cameron was accepted by Villanova to be educated as an electrical and electronics engineer. He excelled in college and earned his BSEE degree in 2015.

Cameron is genuinely the nicest person there is. He befriends those who have no friends and comes to the defense of anyone who is being bullied. As a natural leader, those around him recognize and respect those admirable traits. It should be no surprise that he was elected president of his class in school every year, from 4th grade through high school.

I can remember when he chose to go to Nichols High School where his sister attended. Although he had too many friends to count in Clarence, he knew Nichols would provide a more challenging education, especially in the sciences, where they offered engineering courses as part of their high school curriculum. He was the new student at Nichols High School, where over half the students had attended Nichols Middle School. Cameron had only been at Nichols for two months when they held elections for class officers.  Much to my surprise, Cameron announced he would run for class president. As the new kid, I knew he had no chance to be elected, but was very proud of his tenacity to at least throw his hat into the ring. I had all but forgotten the election when it dawned on me a couple of months later, I had never asked him how the election went. You can only imagine my shock when he casually replied, "I won, I'm the class president."

His selfless regard for others, especially those children with disabilities, is part of Cameron's DNA. Other students and teachers have always recognized that Cameron is a very special human being. When he graduated from 4th grade, we attended the graduation and were stunned when the principal announced to everyone present that they had created a special award for a very special student. They called Cameron to the podium where he was presented the CCC award for Courage, Commitment and Character. The principal went on to recount numerous stories related to Cameron helping other children in need, when he thought no one was noticing. The audience erupted with applause, and both Chris and I cried with emotion that our special boy was being honored for being such a caring young man.



One young ⬛ in our neighborhood, ⬛ was a very kind, ⬛⬛⬛⬛⬛⬛ Cameron acted as a big brother to ⬛ and helped ⬛ in very difficult social situations. He was a true friend to ⬛ and ⬛ adored him.

Because of Cameron's genuinely kind nature, he was always well liked and considered by many of his friends to be their "best friend". I never saw him in a fight, ever! Coming from a family with three older brothers, I saw a lot of fighting, I would ask Cameron how he was able to avoid being in fights, and he told me that he always told the nasty kids to take a hike, and he kept walking. He figured out at a very young age that it is better to be nice than to be mean.

Cameron was active in Boy Scouts from 1st grade through High School. Living his life by the twelve points of the Scout Law came naturally to him. And the Scout Motto – Do a Good Turn Daily – was and remains ingrained in him. As a natural over-achiever, Cameron was the youngest Eagle Scout in New York State history, completing the requirements as a twelve-year-old, in the 7th grade. He earned 67 merit badges, nine Eagle Palms, and held many leadership positions in his troop. He always helped the younger scouts progress on their trail to Eagle.

During his twelve years in scouting, Cameron also earned the Ad Altaire Day Catholic award, and attended five high adventure camps – two National Jamborees, a World Jamboree in London, a white-water rafting adventure in Canada, and hiked Philmont with Chris and twelve other scouts. He was the Senior Patrol Leader for the National Jamboree.

Cameron got engaged to Lauren Zarsky in the summer of 2017 with plans for a wedding in 2018. Needless to say, the wedding has been postponed until his future is known, and a sentence has been decided by you.

As a mom, I admire and love my son unconditionally. The situation he is in now is devasting to me. His remorse is genuine and he has been shaken to the core by his actions. He takes full responsibility for what he did in selling stock that he knew he shouldn't have sold. That decision will haunt him for the rest of his life. He has accepted that his future will always include the word felon. That will affect his travel, work, and social interactions for the rest of his life. All I can do is cry myself to sleep at night.

I am pleading with you, Judge Broderick, to be merciful in your sentencing decision, taking into account Cameron's remorse, acceptance of his guilt, and his young age. I know he has a bright future ahead of him, and will continue to make a positive difference in our troubled world. He is committed to living the rest of his life in accordance with high moral standards to atone for his one tragic error in judgement.

Thank you for letting me share insights into my son's soul. He is a good human being,


Sincerely,

*Mary Collins*

Mary Collins
A Loving Mom

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007


Subject:   Cameron Collins


Dear Judge Broderick,

I have known Cameron Collins for twenty six years. We have been family friends since Cameron was born which makes me well suited to speak to his character, achievements, work ethic and why his criminal wrongdoings do not represent the depth of his character.

Cameron has always been a strong student from a very young age, a very hard worker, Eagle Scout and extremely committed to Gymnastics as a school student. Being a male gymnast in a traditional town like Buffalo, New York is not an easy choice. But Cameron made the most of his talents and pursued his passion for gymnastics at an extremely high level. He made time for his commitment to Boy Scouts, made time to excel in school and made time to be a devoted son to his parents and sister. He excelled at Villanova University and secured a position after graduation, using his strong education to contribute to his new employer. He loves fixing things, particularly working on anything technical, likely an ode to his engineering degree. He builds things in the garage the old fashioned way, with his hands and basic tools. Not something most young men his age know how or want to do.

Cameron is stellar young man, but one who likely didn't realize the magnitude of his decision making that fateful day. He is a wonderful person who will continue to make a positive impact on his community and his family. I believe the best is yet to come for Cameron in regards to his ability to be a positive force for change in his community.

With deepest thanks and respect for the opportunity to provide you this information.

Theresa Jehle

4

Dear Judge Broderick,

My name is Dylan Shine, a ███████████████████ living in ██████████████. I am writing you to tell you about one of my closest friends, Cameron Collins. I have known Cameron for almost my entire life; We first met during our first day of kindergarten at Ledgeview Elementary. It's somewhat hard for me to articulate our friendship in a single letter as we've shared so many memories over the years. From building makeshift wooden forts in our backyards, fishing at the neighborhood lake, playing games into the late hours of the night; The list goes on as to the countless hours we've spent together.

Cameron has always been a loyal friend to me. For my bar mitzvah, he was my only friend to give a speech. Despite being only 13 years old and Catholic raised, he still took the time to write and deliver a speech in front of 150+ people at a Jewish synagogue.

Another memory that truly captures the character of Cameron was a gift he gave to me for my 10th birthday. To draw context, each Boy Scout troop holds an annual Pinewood derby. Each scout is required to build a small pinewood car to race their fellow scouts to see whose car was the fastest. At that years derby, my car came in dead last place. Cameron however, being the meticulous engineer that he is, had built a car that ended up winning first place. As a surprise birthday gift, Cameron gave me his prized champion trophy and vowed to help me improve my car for the following derby. That gesture always stuck with me, and I still have the trophy to this day.

I can assure you that Cameron is deeply remorseful for his actions and the position it has left his family and friends. Cameron is a good person, and I believe his actions are made with good intentions. During Cameron's sentencing, I hope you take into consideration the aforementioned remarks. I as many others are pleading for your leniency when you ultimately make your decision on the matter.

Sincerely,

Dylan Shine

5

Margaret Saeli

███████████████████

November 24, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Subject: Cameron Collins

Dear Judge Broderick:

I have known Cameron Collins for approximately 26 years. His mother and I met when Cameron and my son Mike Agostinelli were infants.

We became close friends and have maintained a close friendship since meeting in Buffalo, New York in 1994. During that time our sons Cameron and Mike became very good friends. Cameron and my son spent a lot of time together in our home. He was like another son to me. My son became very close to the Collins family, and spent a lot of time in their home.

I feel confident that I can vouch for Cameron's character, integrity, accomplishments and achievements, and I hope that this isolated incident will not define Cameron's character as an upstanding person in the community.

As a young man Cameron was always driven to be a hard worker, whether it was in school, on the gymnastics team, on the field in soccer or becoming an Eagle Scout in high school. I was witness to all these endeavors throughout Cameron's childhood.

Cameron was always an excellent student. He went on to graduate from Villanova University and pursued a career in Engineering. Cameron is a wonderful young man with many devoted friends. He is kind and empathetic, and is extremely close to his family. Cameron is an

amazing young man who made an error in judgment, but that does not tell the full story of who Cameron is.

I respectfully request that you consider this in determining Cameron's sentence.

Sincerely,

Margaret Saeli

Margaret Saeli

December 5, 2019

Dear Judge Broderick,

I write to you in support of Cameron Collins. My son is a close childhood friend of Cameron's and I've known him since infancy. Although I realize that Cameron has pleaded guilty I hope you consider the content of this letter in your sentencing.

As a child Cameron was energetic, inquisitive, and very bright. In high school he had particular knack in science and engineering and became the class president. He was athletic, being competitive in gymnastics, soccer, and lacrosse. He loved outdoors and was very active in Boy Scouts where he became the youngest Eagle Scout ever in Erie County. He was an exemplary scout and reliably followed the "Scout Law." He was very popular but he went out of his way to include those less fortunate into his circle of friends.

Cameron loved his father and they spent a lot of time together particularly with the Boy Scouts. He respected his father's keen business sense and would no doubt follow his instructions.

We all know the mistake Cameron has made, but I can assure you it's out of character and he's very remorseful. Cameron has so much life ahead of him, and I hope you consider this in your sentencing.

Respectfully,

Kent Chevli M.D.

Philip M Corwin

████████████████

October 16, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

Cameron Collins was a friend of my daughters, her classmate, a neighbor and the son of my good friends
Chris and Mary Collins.

Cameron was at my house on many occasions growing up in Clarence, New York. He was in the same
grade as my daughter Kellie. They both went to the Clarence Public schools and later both attended
Nichols School in Buffalo for High School.

Cameron was your typical kid. He was polite and was at our house frequently during High School with
my daughter and other kids from the neighborhood.

Cameron was an Eagle Scout, something that always impressed me. We spent time with the Collins
family skiing in the winter about an hour south of Clarence and saw each other at neighborhood parties.

Cameron went to Villanova and ████████████████

It has been eight years since my daughter and Cameron graduated High School, so I have not seen
Cameron in recent years. He was a very nice young man growing up and whatever has occurred has to
be an aberration on Cameron's part.

Thank you for considering my letter.

Philip M. Corwin

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

November 1, 2019

Dear Judge Broderick:

My name is Elizabeth Sauer and I was Cameron Collins's ███████████████████████████████████████
████████████████████████████████████████████████████████████████ I am writing this letter on Cameron's behalf to
provide some information that I hope you will consider with regards to Cameron's sentencing.

In high school, Cameron was a bright-eyed, intelligent, and honest student who was always eager to
learn and who loved science. He was a tireless worker who always went above the requirements for his
assignments. Cameron was a reliable group member in class, a student who arrived early to class to set
up his groups' materials and who would stay late to ensure everything was cleaned up for the next
group. He took great pride in his work and was critical of himself if he did not master the material.
Cameron was a student who never acted in an entitled manner. He was always extremely polite and
respectful to everyone in our class and he was eager to learn all that he could. He sought out extra help
when necessary and humbly accepted criticism when he made mistakes in class or lab. Cameron took his
job as a student very seriously and appreciated the opportunities he was given as a student at Nichols
School. Despite being on the quiet side, studying science seemed to be a place where Cameron thrived.
He went on to be a leader in his senior year engineering class and was well-respected by his peers and
our science faculty for his academic accomplishments and for doing excellent work on his senior thesis
project. Cameron had a superb reputation and his future looked very bright! Cameron was in an
advisory group with his peers in the classroom next door to mine. Having spoken with his faculty
advisor, Cameron's behavior and demeanor was consistent with what I have described: he was known as
a polite, kind, honest, and friendly young man who was a welcomed addition to the student advisory
group. I remember feeling great pride when Cameron graduated from Nichols School and recall thinking
that he was a student who, someday, would be glad to give back to our community in some meaningful
way.

Cameron reached out to me recently and expressed tremendous remorse for what he has done. He
regrets his decision and knows that he made a terrible mistake. I believe him. When I heard of the
charges via the local news I was truly shocked and saddened because this seemed so inconsistent with
the Cameron Collins that I know. Having seen Mrs. Collins in recent years, I have enjoyed hearing
updates on Cameron's success at work, his love of his dog, his continued dedication to his immediate
family, and of his excitement with his recent engagement. His future continued to look bright and as a
former teacher, this is the information that we love to hear about our exceptional students. I fully
expected that sort of update about Cameron and it is very difficult for me to imagine him as an
incarcerated citizen. Thank you for taking the time to read this letter in support of Cameron and I ask

that you consider this information about his character when sentencing so that he can move beyond his mistake and continue to be a positive and contributing member of society.

Sincere regards,

*Elizabeth Sauer*

Elizabeth Sauer

November 8, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square New York, New York 10007

Dear Judge Broderick,

This letter is in strong support of the character and potential of Cameron Collins, a young man I have known well for 8 years. It is also a letter meant to illustrate the steadfastness of a friend, and an individual with a gentle and kind nature, a bright intellect, and strong sense of loyalty.

I met Cameron, whom we call Cam, when he and our son Trey started as freshman at Villanova University. They became roommates their sophomore year, and have remained close friends since graduating. Among other commonalities, Cam and Trey's joint passion for science, engineering, creating, designing and building things brought them together. I recall various stories that Trey would share about the mechanical and electrical creations Cam would design and build outside of his engineering curriculum. Two that stand out were a robotic beverage dispenser and a security camera that notified them of anyone who stopped by their dorm when they were away. Both were impressive gadgets given in the days of Ring Door bells. Beyond his passion, talent, and creativity as an electrical and mechanical engineer, Cam has always been a courteous and soft-spoken, dependable young man, among his peers and also with adults. Above all, Cam is a good person, with a great heart.

Both my husband and myself feel Cam is the kind of person who looks for the best in others and is a source of support to his friends. Compassion and inclusion are guiding principles and a part of his nature. An example that comes to mind occurred during a particular college weekend of football games and parties. When Cam noticed a girl passed-out on the sidewalk late one Saturday night, he stopped the car, helped her to a safe place, and made sure someone stayed with her until morning. Another instance is when ███████████████████████████████████████████████████████ ████████████ ; Cam was ███████████████████████████████████████████ , and has ████████████████ ever since. Our much younger son also adores Cameron, in part because he always made an extra effort to include him with the "college guys" whenever we were all together. Cam is among the warmest, most kind-hearted people that either of our boys have ever befriended, and it has been a joy to know him. Over dinner during their senior year Cam mentioned that his plan was to work in a corporation for a few years and then start his own business. His father had once confided that he hoped one day Cameron would take his place in government. My immediate thought was, no way, Cam takes after his mom, and is not big on politics. He has the personality and many more of the interests of a typical engineer.

As a twenty-something just starting his adult life, Cameron was on his way toward building his own career, learning new skills, and hobbies and contributing positively to society. As a novice, cook, baker and gardener he would occasionally reach out for my chocolate chip cookie recipe he was so fond of, or for advice on what basil seed variety to grow. Small, every day examples meant to illustrate that young adults, still learning, often seek the guidance of older, experienced, trusted adults for matters of life, both small and large.

Your Honor, knowing Cameron, his reserved, measured, soft-spoken and stoic demeanor all show intense remorse and regret. I ask, that as you weigh your decision, you consider the good Cameron can continue to do for others and the many positive and impactful contributions he will continue to make to his community once he is allowed to put this serious passage behind him.


Sincerely,

*Julia Carey*

Julia Carey

November 13, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

My name is Filip Stransky, and I am close friend of Cameron Collins. I am twenty-six years old, currently live in the ███████████ and work in the █████████████████ ████████████ Cameron and I met in our first year of College at Villanova University, and have remained extremely close friends ever since. I am writing to hopefully provide you with some personal insight to Cameron as a person in order to help better inform your decision with regards to his sentencing. I hope you won't mind that from this point on I will refer to Cameron as 'Cam'; it feels far too unnatural to refer to such a good friend in such a formal, distant way.

As I mentioned before, Cam and I met in our first year of college and immediately became very close friends. Within a month or two, we began spending time together almost daily, and by the end of the year we had agreed to share a dorm for the next year. We worked, socialized, and lived perfectly together and remained roommates until our graduation in 2015. At the end of our first year we found an opportunity to take over a failing fraternity together with an impressively diverse group of other students from all backgrounds, and immediately became even closer friends. Cam was quickly identified as one of the brightest, handiest, and by far most dependable members and was quickly assigned the role of treasurer. While rebuilding a dilapidated house, Cam spent more time, resources, and effort than most to step forward and rebuild furniture, clean, and help others.

Cam always impressed me with his incredibly quick and sound intellect and will power. When something had to be done or figured out, Cam stepped forward without hesitation. When some bit of technology would break, others would throw it out, but Cam would take it apart and begin soldering the motherboard. In moments of tension or aggression, others would let their emotions get the best of them, while Cam would remain calm, apply logic, and solve the conflict like a math problem. Though as much as Cam is intelligent and dependable, I have always found him to be even more so generous. He always acted without any selfish hesitations and just did what was right. If someone needed a ride and he was free, he would help. Once, he had a camera which he rarely used, and knowing well that I could not afford a new one, he gave his to me instead of selling it for his own benefit.

Signed, Filip Stransky

13

I could write pages and pages on examples of Cam's selflessness, his impressive intelligence and dependability, or his generosity and willpower. I hope you can take these accounts into consideration for his case. I firmly believe that Cameron is not and will never be the type of person to do anything out of ill will, let alone with harm towards anyone else. I firmly believe instead that Cameron is a rare person with a brilliant mind, who was put on this Earth to do great things for benefit of us all. I view him as one of the few who were graced with not only an incredibly bright mind, but also a well-balanced, forward thinking, confident and yet kind character, and that it would be a shame for him to be held back. I understand Cameron has pleaded guilty to the charges placed against him, but I believe that his acts were done in line with how I have come to know him; his logic outweighed his reason, he saw a problem which could be avoided and jumped into action without slowing down to consider the reality of what action was.

Cam is a great person who will do great things, but like any of us, he has made a mistake which he now regrets with a disdain I cannot even imagine. I hope you can see in him the same positive, eager, and kind person I have come to know and love, and that my letter will help you in your decision.

Sincerely,

Filip Stransky

14

David Wind

November 17, 2019

Hon. Vernon S. Broderick
United States District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick,

I have had the pleasure of knowing Cameron Collins for the past 18 years. Cameron and I first met through his involvement in Cub Scouts, and I grew to know him more when he transitioned into Boy Scout Troop ███████████████ through his years in scouting, Cameron proved himself to be respectful, dedicated, and responsible. When he was a cub scout he told me that he wanted to earn his Eagle Scout Award at a young age, and he worked diligently throughout his years in scouting to make that dream a possibility.

The Eagle Scout Award is the highest achievement in Scouting, and shows that you are a leader in the community and that you embody the ideals of the Boy Scout Organization. Cameron earned his award at age 13, setting a record for the youngest Eagle Scout recipient ever in the Greater Niagara Frontier Boy Scout Council. After receiving his award, Cameron continued to participate in Boy Scouts, where he was a role model for his fellow scouts. Throughout our years in scouting together Cameron has proved himself to be trustworthy, respectful to his elders and peers, and a pillar of support in his troop.

Sincerely,

David Wind

15

November 21, 2019

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Broderick:

<u>Cameron Collins</u>

I first met Cameron Collins when he was only 11 years old when he joined Boy Scout Troop ███ in Clarence, New York in January 2004 where my son was also a boy scout. ████████████████████████████████████████ together with his father Chris Collins. My first impression of Cameron was that he was respectful, bright eyed, and focused. He was hard working and had a great work ethic. It was easy to see that he enjoyed scouting, and he worked hard over the next couple of years towards earning the rank of Eagle Scout. Cameron always strived to set a good example for others and would take it upon himself to help out the younger scouts.

Cameron's Eagle Scout service project was to build 10 wooden benches to be used at the Beaver Meadow Nature Center in North Java Center, New York. He wanted to be sure that the materials used for the benches were of good quality so that they would last a long time. He rounded up and led over 15 people to assist him with his service project. The project took 170 hours to complete, and he also took it upon himself to involve the Webelos Cub Scouts with his service project so that he could introduce them to Boy Scouts and teach them what an Eagle Scout project was all about. In May, 2006, Cameron achieved the rank of Eagle Scout at the young age of 13. After becoming an Eagle Scout, Cameron stayed involved with the troop and continued to earn merit badges over the next 3 ½ years. I ████████████████████████████████████████████ but would speak to his father periodically to see how he was doing.

From a young age, I have observed Cameron to be of high moral character, trustworthy, courteous and hard working. I am proud to have had the opportunity to see Cameron grow up to be a responsible young man. Thank you for taking into consideration Cameron's positive qualities.

Sincerely,

Ronald F. Nowak

November 27, 2019

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

Re:  Cameron Collins

Dear Judge Broderick:

As a friend of the Collins Family for 25 years, I have known Cameron almost his entire life.  He
has always been a kind, helpful and polite young man.  From his days of gymnastics and his
years in Boy Scouts, rising to the highest honor of Eagle Scout, Cameron has always
demonstrated excellent leadership, hard work & dedication in his many school, work, community
activities and charitable causes.  Cameron has set a great example of all the accomplishments
a young man can achieve in a short amount of time.

Thank you for the opportunity to express my heartfelt thoughts on Cameron.  An accomplished
young man who we are very proud of and support.

Sincerely,

Kathi Sullivan

17

## Caitlin Collins

███████████████

November 15, 2019

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Cameron Collins

Dear Judge Broderick:

I am writing this letter on behalf of my brother, Cameron Collins. I am lucky and honored to have him as my brother. I have known Cameron for his entire life, and he has demonstrated that he is a kind, good-hearted person, as well as an exemplary human being. Cameron has historically placed the comfort and happiness of others ahead of his own. If someone needs help with something, Cameron will drop whatever he is doing to lend a helping hand, and his help is of the highest caliber.

Cameron is, in my opinion, an engineering genius. When I moved into my last two apartments, Cameron was there to help install my cable, Wifi, smart lights, speaker system, etc. Whenever I call or text him with any technology-related question, no matter how absurd or far-fetched, he always provides the correct answer or solution instantaneously. I truly don't know what I would do without him.

Growing up, Cameron was a friend to everyone. He was always well liked and loyal to his friends and family. Now, his fiancée is included in his definition of family. My brother has always been respectful of all people, but I would like to make specific note of his great respect for her.

The way my brother treats his fiancée is rare. He always puts her first, thinking of her needs and comfort ahead of his own. He is honorable, loyal, helpful and kind- especially as it relates to her. There are no limits to Cameron's generosity or selflessness when it comes to her. His love is not predicated on any conditions. I often place him in a league of his own, since he makes it nearly impossible for others to meet the bar he has set.

You might think that I am looking at Cameron through rose-colored glasses, since he is my family. However, anyone who knows him would corroborate my testimony. The world is a better place because Cameron is in it.

Of course, I acknowledge that even great people with great intentions make mistakes. But Cameron is not one to make the same mistake twice. I know my brother, and I know that he has learned from every mistake he has ever made. The circumstances that lead to the writing of this letter are no exception. Cameron is young with a lot to offer the world. I absolutely believe that he will make this world a better place over the course of his life, despite the fact that he will be labeled a felon for the duration of that life. I believe he will spend his life making up for his mistakes.

I respectfully ask you, Judge Broderick, to be merciful in your sentencing decision regarding my brother.  Cameron has put his life on hold for the past 18 months, even postponing his wedding. He has become mentally devastated to the point that I can feel it when I look at him.  I see the worry on his face as he does his best not to let his tragic situation affect those he interacts with.  As you know, his future is in your hands.

Thank you for this opportunity to share my insights into my brother's character.

Sincerely,

Caitlin Collins

Caitlin Collins

Dear Judge Broderick,

My name is Conor Leary and I am a software engineer residing in Boston, MA. I have had the privilege of knowing Cameron for thirteen years. I am aware of the seriousness of his crimes, and he has expressed a significant amount of remorse. Despite his grave mistake, Cameron is an incredibly high character individual and I would like to share a few stories demonstrating as much.

I met Cameron just prior to our freshman year of high school. My mother was organizing a fundraising lunch for the Erie Country library association and dragged me along. As a shy and reserved 13-year old, being forced to mingle with adults was my biggest fear. Fortunately, Chris Collins, Cameron's father, was speaking at the event and brought his entire family. Despite having many of his own friends at the event, Cameron noticed me uncomfortably standing by myself and invited me to spend time with him and his friends. That was the start of our friendship and my appreciation for Cameron's empathy.

During high school, Cameron was widely known as a good person and helpful classmate. At a time when most kids mocked each other with regularity, Cameron never succumbed to putting someone else down. He was a helpful classmate and people often asked would him to help explain a concept or understand a problem after class. During senior year, I shared six classes with Cameron. Almost daily, we would socialize and work on homework. Often, my friends and I would procrastinate and find ourselves with weeks of work and only a single night to complete it. Cameron, on the other hand, would diligently complete his work by doing a small amount each day. Despite being done with his work, Cameron would always stay up late and cheerfully teaching us the relevant material.

In addition to helping his classmates, Cameron volunteered to teach others in his spare time during the summer following high school. Rather than taking a leisurely job as a lifeguard or camp counselor, Cameron and I volunteered with the ███████████████████. We were assigned the Leonardo da Vinci exhibit and spent our time explaining the physics behind da Vinci's various designs. Cameron quickly became a crowd favorite for his knowledge and passion for the exhibit. He consistently expressed patience and never shied away from spending extra time to help an adult or child understand the concepts behind the designs.

I have stayed in touch with Cameron and I know he's still the compassionate kid I met thirteen years ago. I truly believe that this was a one-time mistake for which he is deeply remorseful. I ask that you keep this letter and Cameron's overall character in mind while making your sentencing decision.

Sincerely,

20

Lauren Zarsky

███████████████

November 6, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick:

I am writing this letter on behalf of my fiancé, Cameron Collins. Since the day we met at Villanova University, I've always known that I am incredibly blessed to have someone like Cameron in my life. I'm realizing now, when having to decide on the contents of this letter, that I'm truly one of the luckiest women in the world; there are quite literally too many positive things to include in one letter. Although the circumstances that motivated me to write this letter are utterly heartbreaking to me, I am grateful to be able to put into words how exceptional a person that Cameron has always been to me. I pray for your mercy in Cameron's sentencing, as you consider these notes from my heart.

Just to be clear, my goal in this letter is not just to portray that Cameron is a good person, but instead, my mission is to prove to you that Cameron is an uncommonly good person. We often hear the phrase 'random acts of kindness', but that doesn't apply to Cameron; kindness isn't random or infrequent, it's built into his DNA. It might be easy to say that I'm biased, but the truth is there are very few people in the world who I know that can rival Cameron in 'goodness'. Simply speaking, he is a rare individual.

I can still vividly recall the first time I met Cameron. It just so happened this was the day before parents' weekend at Villanova. I was never one to discuss boys with my mom, but I can specifically recall telling her that Cameron was 'different'. I remember sitting in the cafeteria with my parents and gushing about this totally new, yet seemingly remarkable guy. I can still picture how my mom's face lit up when I told her that he was an electrical engineer. She had always told me how kind and genuine all of the engineers were that she worked with at her job. She had not met Cameron at the time, but it was obvious that she knew he already held a special place in my heart.

Cameron might be an electrical engineer by trade, but I like to call him an 'everything engineer'. Not only is he incredibly organized and knowledgeable about all types of technology and appliances, but he also constantly finds ways to use his skills to make others' lives easier. Without any exaggeration, he has fixed upwards of 100 home appliances, installed and constructed countless pieces of furniture and has automated nearly all light switches and other electronic devices in the homes of many family members and friends. When Cameron can't fix everything, and someone has to call in a professional, you know there is a serious problem. Now that I'm thinking about it, I believe this has only happened once or twice over the past seven years. I'll also note that he genuinely enjoys helping people and fixing problems, so self-fulfillment is the only reward he's ever been willing to accept.

When it comes to taking care of our dogs, I'm definitely spoiled. Cameron is always the one to get up before the sun rises to take them for a walk. I don't typically get up as early, but on occasion I'll sit by the bedroom

window to watch the sunrise. On one of these mornings, I noticed Cameron walking around outside with a large trash bag. Naturally, I assumed this was our trash that he was taking out, but then it occurred to me that all of our trash had been put out the day before. When he came inside, I asked him what he was doing with the trash, and he told me that about a month ago he started a new morning practice of picking up litter around the neighborhood while walking the dogs. Immediately, but to no surprise, my heart melted. Our residence in ██████████ is located in a busy area filled with tourists and beachgoers. Unfortunately, because we live in such a high traffic area, people are constantly getting in and out of their cars and looking to dispose of their garbage as fast as possible. Often times, this means throwing empty bottles or food containers on the side of the road, especially on weekends. Cameron expressed to me his concern with the garbage and said that, since we live so close to the ocean, he was worried that the debris would ultimately end up harming an innocent sea creature. This, in my mind, does not describe the average 'good person'.

Cameron isn't just willing to do anything for the people he loves, he actually does everything before anyone even asks for it. I can remember when he installed motion sensors in my grandmother's apartment because he's seen how stressed and worried I become when she doesn't pick up the phone. Now, he can tell me that she was in the living room a couple minutes ago, and probably just couldn't hear the phone when I called. He's also programmed specific lights to go on in the middle of the night when motion is detected near the stairs to prevent our parents from accidentally missing a step.

Recently, one of the truly kindhearted gestures Cameron made involved moving my 94-year-old grandmother out of the home she had lived in for over 60 years and into a new apartment. This transition was not easy for someone her age, but Cameron made sure everything worked out seamlessly. Not only did he coordinate the U-Haul and single-handedly maneuver all of the heavy furniture into her new place, but he was also generous enough to gift her all of the new or lightly used furniture that he had previously moved out of his own apartment.

Prior to this move, my grandmother frequently struggled to get a strong signal on her cable TV. I can't recall the number of times I found Cameron running 100-foot long wires and assembling bulky antennas on her roof to try to find a solution. I remember one time, specifically, when he climbed out on the roof in the pouring rain for 30 minutes desperately maneuvering the antenna so she was able to watch her favorite TV show later that night. My grandmother is one of the most important people in my life, and it warms my heart to know that Cameron is willing to do anything for her, without ever asking for anything in return.

Cameron enjoys building things, creating solutions to existing problems, 3D printing, robotics, photography, the advancement of technology, and caring for animals. He likes to find practical ways to employ his knowledge to make everyday living more efficient and enjoyable. As I've discussed with many of his friends, those people who know Cameron best are inspired by his innate ability to understand electronics and patiently assist those in need. As a perfect fit with my personality, Cameron also obtains a great deal of fulfillment from volunteering and helping animals.

About two years ago, Cameron and I took a 3-week trip across the world to visit Australia and New Zealand. As part of this trip we decided to dedicate a week of our time, traveling to and from a small island off the coast of Cairns, Australia, to care for injured and recovering sea turtles. The conditions we endured weren't ideal, but Cameron never stopped for a second to complain or take a break. It is not unlike him to go for extended periods of time without stopping his work when he feels genuinely committed to his cause.

Cameron and I have also volunteered our time to ████████████████████████████. Building has always been one of Cameron's gifts, so it was no surprise that he insisted we help out with the ██████ ████████ Devotion is something that comes very naturally to him, and this has made me feel incredibly special over the past seven years.

Throughout the time I've known Cameron, he has not only inspired me to become a better person, but he has taught me many valuable life lessons, as well. One of the frequently overlooked character traits that Cameron possesses is his unshakable patience with every situation that he encounters. Whether his day involves several complicated technology issues with our family members electronic devices, multiple accidents around the house with our puppy, or downright chaotic situations, like our bedroom ceiling cracking and leaking, I rarely see Cameron get flustered or upset. He accepts the situation, works expeditiously to resolve the issue and moves ahead with his day. Cameron's mind seems to work differently than the average person's – he sees problems as opportunities to make a positive contribution. He brings peace into every room he enters. I honestly find it hard to believe he's only human.

Cameron is also an incredibly practical person. I remember for one of our first Valentine's Days as a couple, he bought me a computer hard-drive because I had been complaining about the speed of my laptop. It's probably safe to say that most people would get their girlfriend chocolate or flowers, but not Cameron. This still makes me laugh to this day. Cameron has since learned that I also enjoy flowers, but I know his intentions have always been more than I could ever ask from someone.

During senior year of college Cameron and I decided we wanted to get a puppy. I know that the majority of college students would be hesitant about this idea, considering the demands of coursework and social engagements, but Cameron took on the responsibility with ease. Over and over again, he has proven his unwavering commitment to the things that he cares about. Over the past seven years of our relationship, I've become more and more aware of his unique ability to care for others. Whether it be through donating dog toys to a local shelter or going out of his way to assist an elderly neighbor, Cameron's compassion never seems to end. Getting engaged to Cameron was one of the happiest days of my life, and I know some day in the future he will be an amazing husband and father to our children.

Growing up in a family that was very involved in scouting, I developed a great deal of respect for those who dedicated their time to this activity. Like Cameron, my older brother, Brandon, is an Eagle Scout. To this day, I can remember helping him with his Eagle project. When I learned that Cameron, too, is an Eagle Scout, I immediately knew he was someone I could look up to, just like my brother. Not to my surprise, I later found out that Cameron, in seventh grade, became the youngest Eagle Scout in New York State history. To say Cameron is humble would certainly be an understatement.

Over time, I've also come to learn that Cameron is the type of athlete who coaches love; the reason being that he is willing to pour his heart and soul into everything that he does. As a high school student, Cameron was involved in gymnastics, soccer and lacrosse. He has told me that on a regular basis he would typically put in 15 hours a week to develop his gymnastics routine, all on top of his academic requirements. Since I've known him, this persistence and dedication has been a prevalent theme throughout all of the activities in his life.

Cameron frequently gives educational talks and leads group tours at the ███████ n New Jersey where we both volunteer our time. Whenever I decide to take a second to observe him, it's heartwarming to watch his enthusiasm about animals and conservation pour out of him and into the hearts of young children. He values his role as an educator and takes this responsibility very seriously. Cameron is also a perfectionist. He's the only person who I've seen that will scrub the entire ███████████████████ and come out dripping in sweat with a huge smile on his face. I know from experience; this is the smelliest and most physically trying task at ███████ I can say with one hundred percent confidence that there is no one better for the job.

Cameron has many ambitious goals that he continuously strives to accomplish. One day he hopes to start a company that will enable children to learn the basics of electronics and build a foundation for many young engineers of our future. He frequently speaks to me about his desire to have a positive impact on society and the development of today's youth. Cameron is a one-of-a-kind human being, who I know will accomplish great things during his life.

It's hard for me to imagine a world in which I don't have Cameron by my side every day, however, that is now the unfortunate reality I must face. I hope that I have been able to provide a clear and concise picture of who Cameron truly is on a day-to-day basis. There are countless examples I could provide to show Cameron's character, but I hope the stories that I have chosen to share allow you to see into his soul and, secondhandedly, experience the pure goodness that flows out of him and into the world. One of the last things that I need to mention is that Cameron has an unfaltering tendency to see the good in all people. With the situation that he faces now, I can only hope that everyone around him will choose to see the great qualities in him that he has lived by for the last 26 years of his life.

Those people, like myself, who have had had the pleasure of knowing Cameron will tell you that he uses his skills and capabilities as an engineer, as well as his kind-hearted nature, to make others' lives better. Cameron values knowledge, but his own individual success and advancement has never been the driving force behind his actions. Keeping in mind all of the examples I've provided to highlight certain aspects of Cameron's character, these are the reasons why I can say, without any uncertainty, that the acts to which Cameron has pleaded guilty are inconsistent with the way he lives his everyday life and the core values he holds deeply in his heart.

I can attest to the fact that Cameron has spent his whole life defining himself as a good person. He has given back far more than he has taken and he is a great example of generosity and selflessness. To me, these are the things that matter most, so I hope in the end, they will be weighed accordingly. Cameron hasn't only admitted his mistake, but is very remorseful that his action has impacted others. Over the past year and a half Cameron has shown that his character is strong and he has continued to support his family, friends and community in every way that he possibly can. He has grown into an even better person because of this tragedy.

Cameron is not an emotionally forward person, but because I am closest to him, I can tell you that he has already suffered immensely as a result of his actions. Watching him cope with his remorse has been one of the hardest things I've had to do up to this point in my life. I feel this way because Cameron is an astoundingly good person who, for a moment in time, was caught up in the wrong circumstances.

I kindly ask for your mercy, as you consider the contents of this letter and, ultimately, when making your sentencing decision. I have endured the greatest hardship of my life watching my fiancé suffer, and that will only continue to be the case if Cameron is incarcerated. Cameron supports both my family and his family in countless ways, so we would all suffer tremendously as a result of his absence. Although I'm sure this is obvious by now, there is no one other than Cameron who I would rather spend the rest of my life with. I so look forward to the day when I can finally call him my dearly beloved husband. I pray that day will be soon.

With my sincerest appreciation,

Lauren Zarsky

24

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

I am writing this letter to request your leniency in the sentencing of Cameron Collins, or as I call him, Cam. My name is Chrissie O'Neill – I am engaged to Brandon Zarsky, whose sister Lauren Zarsky is Cam's fiancé. I am 28 years old and work as an ███████████████████████████████ I currently reside with Brandon in ████████████████████.

I have had the pleasure of knowing Cam for nearly five years. Thankfully, Brandon and Lauren are very close and that relationship has enabled the four of us to spend considerable time together over the years. Cam is not just our soon to be "brother-in-law" in title – he is a part of our family and it has been wonderful getting to know him. I will admit, when I heard about Cam's background and family, I privately wondered what he would be like and if we would have anything in common. Cam has proven himself to be humble, kind, loyal, and abundantly generous in all of our interactions – a far cry from any preconceived notions I may have had about him.

This letter is not long enough for me to list all the memorable moments I have shared with Cam, Lauren, and Brandon over the years, but I will attempt to do so in a concise manner. We all share a love of nature and animals and have visited zoos together, gone hiking, and frequently play with each other's pets Rylee, Skylar, and Mochi. We have had dinner double dates, attended Halloween parties, had sleepovers at each other's houses/apartments, visited breweries for birthdays, and had a good laugh getting our faces painted.

Cam brings joy wherever he goes, but perhaps his best quality is his willingness to do anything for his friends and family. I have witnessed him helping Brandon and Lauren's grandma learn how to use her remotes, build new furniture in her apartment, and take her out for lunches and dinners to get her out of the house. I have seen him volunteer at the ███████████████████ cleaning up █████████████ despite ██████████████████████ at times. Cam has even offered to take engagement photos for Brandon and I. He has helped us with all of our technology troubleshooting and has utilized his electrical engineering expertise to repair headphones for Brandon. No matter the day or time, Cam has always been willing to share his time and his talents to help everyone around him.

Given my field of work, I understand and acknowledge the severity of what Cam has pleaded guilty to. That being said, he has expressed extreme remorse regarding his actions and those actions are completely inconsistent with the person I have come to know. Thank you so much for your time. I hope you will take this in consideration when determining Cam's ultimate sentence.

Respectfully,

Chrissie O'Neill

Mrs. Dorothy Zarsky

██████████████████

October 27, 2019

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

I am writing to you about my future son-in-law, Cameron Collins, whom I have known for six years.  Cameron and my daughter, Lauren, met in college at Villanova University during freshman year.  Lauren is a very level-headed and focused young woman who took her studies at Villanova very seriously. When she told me she had met Cameron, I was delighted to hear that she felt he was a genuine, caring guy. From that moment on, knowing how particular my daughter is, I was excited to meet Cameron. During Lauren's second semester of freshman year she went to study and intern abroad in the UK, so it wasn't until the end of sophomore year that I met Cameron.  It was on move-out date from school and there was Cameron helping Lauren, my husband and I with the move.  I was immediately impressed with Cameron's sincere and affectionate attitude towards our daughter. I was extremely happy and relieved to know that Lauren had met a kind-hearted young man.

Lauren and Cameron's relationship developed through Junior and Senior year. They were inseparable. In their senior year of college their relationship was solid enough that they decided to get a puppy. They both worked very hard in school and interviewed for jobs.  Lauren graduated with honors with an accounting degree and was hired by ████████████████
Cameron graduated with honors as an electrical engineer. At the time, I was working for ████
When I heard that Cameron had applied for a job ████████ I gladly took the opportunity to provide a recommendation for him as a smart, hardworking, reliable and independent thinker. Subsequently, Cameron was hired and his manager sincerely thanked me after getting to know him.

I feel so blessed that my daughter has met such a wonderful, kind and patient man.  Cameron is an extremely talented engineer.  There isn't anything that Cameron can't tackle.  Cameron has helped us with so many projects at our house and never gets annoyed with our never-ending requests for help. Over the years, I wish I had kept track of the number of the hours that he has dedicated to our family - I'm sure it would be in the hundreds. Ever since Cameron became aware of the fact that ████████████████████████████████████████████

26

████████████████████ he has gone so far out of his way, frequently driving over an hour each way, to clean our gutters or complete any tasks that require a ladder. Your honor, there is really no way I could ever repay Cameron for his kindness. I speak for myself and countless others when I say that I can't imagine my life without Cameron. I've only known him for six years, and in that time, he has given me more than most other people in my life.

We were so happy when Lauren and Cameron got engaged. It was a parent's dream come true. They are such a wonderful couple. They have grown even closer through this hardship and have both given me strength and confidence with their positive outlooks. It's hard to believe that two 26-year-olds can reshape their parents' perspectives on life, but Cameron and Lauren are, and have always been, the exception. That to me says a lot about their character and strong faith.

Cameron and Lauren both spend a lot of their time helping their families. Over the last year Cameron, specifically, has helped my mother, Lauren's grandmother, who is 94 years-old, with her move to a new apartment. This was a massive undertaking involving packing up her previous home of over 60 years, moving and assembling furniture and installing technology to assist with her safety and enjoyment. This effort took weeks of Cameron's time, that he could have spent doing many other things, but I'm confident that thought never crossed his mind. It's hard to find someone who will drop whatever it is they are doing to help others, but I've noticed this is an established theme in Cameron's life.

Cameron has consistently demonstrated his desire to support others in all areas of his life. At a recent church service, the pastor asked for volunteers to help set up a youth center. Without hesitation, Cameron offered to volunteer his time and skills. It is inspiring to see a young person, like Cameron, gain happiness through serving others. It doesn't take very long to learn that Cameron strives to share his unique abilities in every way that he can.

In March of 2018 Cameron and Lauren took a trip across the world to visit Australia and New Zealand. Instead of spending all of their time as tourists, they chose to dedicate a large portion of their trip to caring for sick and injured sea turtles. Similarly, they've also dedicated hundreds of hours as volunteers to a ████████ in New Jersey. One day doesn't go by that I'm not totally awestruck by their commitment to supporting those in need. As a parent, I can say that their generosity frequently brings tears to my eyes. I've wondered to myself on many occasions, how much better society would be if everyone was as selfless as Cameron and Lauren. As a couple, they've exhibited more compassion in their lives than most people who are double their age. It's both tragic and depressing that they've had to postpone their marriage, for now over 2 years, with the hope that there will be brighter days ahead. There are no two people who are more deserving of a happy ending.

I have been through this entire situation with Cameron and Lauren and I can assure you that Cameron is truly sorry and deeply regrets his actions. His action was not premeditated, but done in haste without taking the time to think rationally. Cameron has learned from this error in judgment and has gone above and beyond to show that he will be an even better person as a

result of this life-altering experience. We've all been living in such horror and limbo not knowing what the future holds. Throughout my life I've dealt with and witnessed a great deal of hardship amongst family members and friends, however, I've never been as deeply affected by any situation more than the one that Cameron faces now. It causes me great physical and mental torment to see someone who is so giving and so young be permanently scarred by a single incident. If only we could all take a step back and look at Cameron's overall record as a human-being, and not only his misjudgment for a moment in time, the big picture would be exceedingly clear.

I can't say enough good things about Cameron. He is an extraordinary person. I wish that, prior to your judgment, you could spend a little time with Cameron to witness, first-hand, that he is an outstanding person with so much to offer society. It breaks my heart to have to plead with you not to send him to prison. I sincerely request that you be mindful of the fact that a felony conviction is something that Cameron will have to live with for the rest of his life. It has been so hard to watch one of the most selfless people I know suffer so immensely. Since this unfortunate event, there has been no peace-of-mind and utter fear for Cameron's future. I can't even begin to express the amount of pain and suffering that has already been endured by my daughter. Now, instead of looking up to someone like Cameron, people immediately look down. It's as if all of the good he's ever done has suddenly disappeared. It's unbearable to dwell on these unfortunate truths.

Your honor, I kindly ask for your reflection on all of the hardship that Cameron has gone through and how tirelessly he will need to work, from now on, to prove that he is worthy of a decent future. If he is given a fair chance, I have no doubt that Cameron will do great things for our society. He will make us all very proud.

Thank you for your consideration.

With appreciation,

Dorothy Zarsky

**Francesca R. Vignola**

███████████████████████

November 15, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

Thank you for your time and consideration of this letter.

My name is Francesca Vignola. I am a very close childhood friend of Cameron Collins' fiancé, Lauren Zarsky, whom I have known since second grade. I am from Summit, New Jersey, where we both grew up, but currently reside in New Haven, Connecticut. I work as ███████████████████████

███████████████████████████████████████████████████████

When I learned that the judge sentencing Cameron may be accepting letters, I knew that I would be writing one to you. I have known - or at least known of - Cameron since the day after Lauren met him at Villanova University. Lauren and I had been through over 10 years of friendship at this point which, when broken down, looks like around 9 million text messages, 4 total years of phone calls, 9.5 collective months of sitting in the passenger seat of her car driving around and talking, and I had never heard her speak about anyone the way she did about Cameron. I was immediately able to tell how different he is, specifically how giving, respectful and knowledgeable he is before I even met him. From that initial impression until today, those three adjectives have only strengthened.

What shocked and still sticks out to me as something I see very rarely, is how Cameron naturally treats other people. I have personally never witnessed him raise his voice towards anyone. I have never seen, nor could I ever imagine, Cameron being rude to a waiter. I have never seen him argue or have any controversy with anyone at all in the over 7 years I've known him. His keeps great company, as his friends are equally as respectful and levelheaded. He always takes everyone's input into account in group settings and is happy to choose whatever makes the majority happy. Without asking, he always brings extra waters, chairs and towels for everyone on beach days. He has always opened his home to me, and, whether it was convenient or not, I'll never know because he has always been nothing but a wonderful host. He makes sure the shopping cart gets back to where it belongs after loading up his car. He does not scold their two dogs for making any messes around the house, and in fact, cares for all types of animals on a much higher level by volunteering regularly at ███████████ cleaning tanks and preparing food. These may seem like random, inconsequential or maybe even ridiculous things to point

29

out, but I've always taken notice of them in everyone I encounter as things that speak to someone's true character.

One of the first things I tell people when I am trying to describe Cam is, "he's very smart and knows how to do everything, but you'd never find out unless you talked to him about it." He is modest and never brags or boasts about anything, despite having so much knowledge and so many skills. He will, however, share these skills with those who needs them.

Over the summer, Lauren and Cam visited my new home for 2 days. I had warned them that in the 1 hour it took for the front door keys to hit my palm, the water heater decided to break, so don't expect to take any hot showers. Over these 2 days, in between our regularly scheduled itinerary of exploring New Haven, Cam saved me thousands of dollars by fixing my water heater, cleaning out my backed up and flooded dryer vent, re-piping my burst garden hose line and switching outlets out... He did it all with a smile while covered in dryer lint and bird nest sticks. He still volunteered to walk my dog three times each day, and even tried to stop me from buying them dinner as a thank you. I am still in awe and so grateful. After hearing about our productive weekend, my father has been trying to entice him to his house in the Poconos offering his own thank you dinner as bait.

As a final point, I'd like to make known to you how happy I am on a daily basis knowing that my best friend, who I love as family, has this extraordinary person in her life to be part of her support system, go on adventures with, raise two adorable puppies with, help decide what to eat for dinner with and just experience life with. I could not have asked for a better partner for her.

I write this stream-of-consciousness letter to you in hopes that it can convey, in just these few paragraphs, a small hint of the type of person Cameron is, not just to me, but to everyone he knows and meets.

I personally request that you please take this letter, and the others you will be receiving, into account when sentencing Cameron. What started out as "my best friend's boyfriend" very quickly turned into just "my best friend". Cameron is a significant part of my life, and, as I'm sure you'll learn, many others' as well.


Thank you again for your time,

Francesca R. Vignola

30

Stella Ciborowski

███████████████

November 13, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Regarding Cameron Collins

Dear Judge Broderick,

My name is Stella Ciborowski. I have known Cameron for six years and over this time he has proven that he is a very good person. I'm 94 years old and have known a lot of people in my life, so I would like to believe that I can tell the difference. Cameron got engaged to my granddaughter, Lauren, about two years ago, and he had been her friend for many years before that. He is a smart and caring person, and is very helpful to our family and to others. He and my granddaughter go out of their way to come to see me very often and always treat me to a meal and bring me the groceries that I need. My heart is warmed by their generosity, especially considering that they are so young. They make me very proud.

Last year I moved out of my home of 65 years and into an apartment. It was a stressful move, but Cameron helped me every step of the way and never once stopped to take a break. He is a hard worker. He is helpful, respectful and kind to everyone, including me. He is constantly helping me fix problems with my TV or phone. At my age there are certain everyday tasks that are now a struggle, but Cameron frequently goes out of his way to make my life easier. Without asking, he will often scrub my bathroom, clean my refrigerator and vacuum all around my apartment to spare me from these strenuous chores. Cameron has changed my definition of the word 'thoughtful'.

Cameron makes my granddaughter very happy and she means the world to me. I am so very thankful that she has found such a genuine man. She couldn't be in better hands. He is polite gentleman and always holds the door for me and offers to carry my bags. He has spent so much of his time graciously attending to my needs. I am confident that he would do anything for me.

When Cameron and Lauren got engaged, I was so very happy. They are wonderful together and Cameron treats her like gold. He has a good soul. I know that Cameron feels horrible for what he has done. I can tell that he didn't mean to hurt anyone or do anything wrong. Cameron and Lauren were planning to get married before all of this happened, so it breaks my heart to watch them suffer day after day. Cameron is an honest, clean-cut guy, so I ask that you to consider all of these things and be kind to him.

Sincerely,

*Stella*

Stella Ciborowski

31

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007


Dear Judge Broderick,

I am writing this letter to request your leniency in the sentencing of Cameron Collins. My name is Brandon Zarsky, and my sister is Lauren Zarsky, Cameron's fiancée. I am 29 years old and work as a ████████████████████████████████████ in central New Jersey. I currently reside with my fiancée Christine O'Neill in ████████████████████.

I have known Cameron for approximately seven years. Before I met him, I did not know much about him apart from the fact that his father had recently been elected to Congress and that he had gone to school to become an engineer. I had my reservations about the kind of person he would be before I met him, but shortly after my sister returned from college and we began to see each other more regularly, I began to learn why my sister was so fond of him.

While Cameron can come off as a quiet and reserved person, inside his head he is always thinking about ways to improve the lives of everyone around him. He has spent more weekends than I can count at my both my parent's and grandparent's homes repairing electronics, assisting my father with household projects, ferrying my grandma to and from church and social activities, and lending a hand in any other way he can. In those seven years I can honestly say I have never seen him upset my sister, speak out of hand, or act cruelly. Rather, he has always taken every opportunity to help those around him, in any way he can.

While I understand the gravity of what Cameron did, I do not believe those acts reflect who he is as a person. Rather, I truly think they were the result of his strong sense of family, and albeit misguided, desire to protect the people he cared for, which in turn blurred his judgement. While I appreciate that this in no way absolves him, I ask that you take my words into consideration and show him leniency at the time of sentencing.


Respectfully,

Brandon S. Zarsky

32

November 22, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York. 10007

Dear Judge Broderick:

My name is Sandra Zablocki and I am writing in support of Cameron ("Cam") Collins.  I met Cam four years ago as a result of his relationship with Lauren Zarsky, the daughter of my closest friends. I have been in Cameron's company many times over these years as well as a guest in his home in New Jersey and his home in Florida. I cannot help but think of him as gracious and hospitable as I have been a beneficiary of his giving nature.

Cameron is industrious, always busy with projects around the home, making improvements and the best use of space that he has to work with. He dives into his work, full speed ahead, never wanting to see a minute wasted and already visualizing the design of his next creation. Cameron is thorough, diligent and seeks perfection in every task.

He doesn't do these home improvements only for himself. Cameron has often been found working around the home of his future in-laws. I can't remember how many times I asked my friend, Where did this come from? or How did you do that? Oh, Cam put that up the other day and I didn't even ask him to do that, he just did it. Cameron enjoys being helpful and useful where he can be and is most certainly dedicated to those he holds most dear. But it doesn't stop there either.  I recently heard that Cam devoted time to ▮▮▮▮▮▮▮▮▮▮▮▮▮  He is tireless in sharing his talents and expertise.

Cam's loving ways are also exhibited in his fondness for animals. While at home on the Jersey Shore both Cam and Lauren volunteered at the ▮▮▮▮▮▮▮▮▮▮▮  Not just at home, but during vacation in New Zealand they volunteered at a refuge for sea animals.

Overall, I find Cameron to be serious, genuine and honest in his day to day life.  He is devoted to family, extended family, friends, his dogs (Rylee and Skylar) and most of all to his fiancée.

Judge Broderick, I understand that Cameron has pleaded guilty to the charges brought against him, but I sincerely hope that you will take my sentiments into account and show leniency in his sentencing.

I sincerely believe Cam has the ability to accomplish great things and deserves the chance to make his mark on the world. Kindly afford him the opportunity to resume his career and put his life back on track.  And please don't separate Cam from Lauren. They are two special people only made more special by being together.  At a very young age, they have learned a very hard lesson, one that they will carry with them for the rest of their lives.  Please allow them to remain together and move forward together as husband and wife.

Respectfully,

*Sandra Zablocki*

Sandra Zablocki

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

I am writing on behalf of Cameron Collins, a trusted and unfailing friend, and someone I feel fortunate to have in my life. Cam was one of the first people I met as a freshman at Villanova University. We hit it off right away, both being engineering students and having very similar hobbies. Sophomore year we shared a triple and we also lived in the same apartment complex junior and senior years. We became close friends when he rallied a small group of us to join him in reestablishing, Sigma Nu, an inactive fraternity that had years earlier been a community service focused fraternity for students at Villanova. Cam represented our fraternity in heading up several fund raising projects for St. Jude's Danceathon and Treats for Troops. He's the type of guy you want to join with and support, because you know whatever he get involved in will be done right and done well.

One of the big things I admire about Cam is that he has always been open and welcoming to everybody. He looks for the positive in people and situations. I can't ever recall him speaking badly or in a judgmental way about anyone. Of our small group, Cam was unquestionably the most dedicated student, probably because he was the best at being disciplined when it came to balancing school and social life. Looking back, I have to admit, he was actually more mature then most of us and had a bit more vision and a plan. Even at 19, he would talk about becoming an entrepreneur and running his own company one day. I think he will do that, and I think he will be a terrific leader and boss.

It's been nearly a decade since Cam and I met. As someone who is not big on social media and planning, I tend to not be the greatest at keeping in touch. Cam knows and accepts that and has often been the one to initiate our getting together on a regular basis. Now that we are out in the "real world" and there is less time and opportunity to meet and make friends, I greatly appreciate his perseverance, and add that to the list of qualities that I really, really value and appreciate about Cam. Your Honor, Cameron Collins is one of the nicest, politest, caring people I have ever known. I am grateful to call him my friend and I hope this letter helps to convey just how kindhearted, gentle natured and devoted a person he is.

Best Regards,

Charles Edward Carey III (Trey)

34