# EXHIBIT B

**SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS**

*United States v. Christopher Collins, et al.*
No. S1 18-CR-567 (VSB)

Cameron Collins

December 29, 2019

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dear Judge Broderick,

Thank you for giving me this opportunity to tell you a little bit about myself. I want to start off by stating that I take full responsibility for my actions. Before this point in my life I was never an openly emotional person, so it is with great difficulty that I try to describe the overwhelming feelings of remorse and personal anguish that I'm now trying to cope with on a daily basis. I pray that my words will effectively convey how my life has been altered by this experience and how I plan to continue being a better person going forward. I will never expect any forgiveness for my wrongdoing; however, I plan to do everything in my power to show my loved ones and my community, that even though I've made mistakes, I have a lot of good to offer the world. I hope that I'm able to shed some light on my future potential, as I plead for your mercy in my sentencing.

Helplessly watching the aftermath of my actions unfold has been truly debilitating. The greatest challenge, and the worst part of which, has been seeing those who I love most suffer because of my mistakes. My mother has expressed that she frequently cries herself to sleep. My father had to resign his seat in congress, and now has a mark of utter disgrace at the end of his remarkable career. My future mother-in-law had to prematurely retire from her job of over 45 years. My fiancée, Lauren, resigned from her job and lost her CPA license, and her career will now be negatively, permanently affected with zero chance that she will ever work at a reputable public accounting firm again. These tangible examples only scratch the surface of the torment that my loved ones have had to endure. They've had to live with these hardships because of me, and their pain has only been exacerbated by the uncertainty for the future.

This has been so hard because I've always tried my best to live an exemplarily life, whether that was in school, at home, or in Boy Scouts. Ever since earning my Eagle Scout as a 13-year-old, I knew that giving back to my community was a part of my DNA. I have volunteered a great deal of time and energy to groups such as , and most recently, ██████████. Through these efforts, I have found a passion for animal welfare and educating future generations. Volunteerism has been one of the most positive influences in my life, and has been my main method over the past year and a half of coping with my pain and

regret. It has helped me to stand back up on my feet, gives me a sense of purpose, and gives me some optimism for the future ahead.

My goal in life is to leave the world a better place than I found it, to make everyone's lives a little easier, and to inspire change in others to do the same. The unfortunate truth is that now, my ability to change the world is going to be crippled by the mistakes I've made. My credibility and reputation could take decades to recover, and the most daunting part of this setback is that I'm only at the beginning of my life's journey. Remorse hardly begins to explain the way that I feel. I have let down my parents, my fiancée, and myself.

Hopefully someday this will all be behind everyone involved, but the reality is that it will be a long time before that could ever happen. It is going to be incredibly difficult for me to return to my childhood town because of the negative publicity that my transgression has garnered. My name will be forever tainted, and one shameful day in the future, I will have to explain all of this to my children.

In September of 2017, Lauren and I became engaged. We had planned to get married in 2019, and this was something I looked forward to more than anything. When the repercussions of my actions set in, we had to delay this next step in our relationship. I'm terribly ashamed that I'm the reason we've both had to put our future on hold. With such uncertainty for tomorrow, it was impossible for us to set a date and invite friends and family for what should be a celebration. I hope that once this cloud has finally faded, we can piece our life back together.

Your Honor, in no way do I write this letter in an effort to diminish the severity of my offense. I am certain that this mistake will plague me forever. I only hope that I've been able to express to you the pain and suffering that I and those closest to me have had to endure. I am deeply horrified by my lapse of judgement and intend to spend the rest of my life making up for it. My loved ones are good people and deserve so much better from me. I pray that you can be merciful in your sentence, if not for me, then for my family.


Sincerely,

*Cameron Collins*

Cameron Collins