# EXHIBIT C

## SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS

*United States v. Christopher Collins, et al.*
No. S1 18-CR-567 (VSB)





