# EXHIBIT D

## SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS

*United States v. Christopher Collins, et al.*
No. S1 18-CR-567 (VSB)

# Class act / An outstanding young Western New Yorker

**BN** buffalonews.com/2006/05/28/class-act-an-outstanding-young-western-new-yorker-11

Staff  May 28, 2006



Cameron Collins recently achieved the rank of Eagle Scout, at age 13 and a seventh-grader, becoming the youngest to achieve that rank in the history of the Greater Niagara Frontier Council.

Cameron has been active in scouting since the first grade and earned the Arrow of Light award, the highest award in Cub Scouts, as a fifth-grader at Ledgeview Elementary School in Clarence.

"I enjoy Boy Scouts because of all the activities, like camping and merit badge programs," said Cameron, a Clarence Middle School high-honor roll pupil. "I've learned many skills in scouting and have gone outdoor camping when it was 15 degrees below zero in the winter, and when it was over 95 degrees in the summer.

"I've been to Scout camp every summer since second grade and always have a great time," he added. "I've also enjoyed many of the merit badge programs covering lots of interesting topics, like space exploration, astronomy, climbing, first aid, nuclear science, aviation, coin collecting and canoeing."

As a member of Clarence's Troop 93, Cameron earned nearly 40 merit badges before attaining the lofty Eagle Scout rank.

Cameron has also received the Ad Altare Dei Catholic Scouting Award, and is one of very few to earn the Boy Scouts of America Scuba Diving Award. He is a certified open-water scuba diver, earning his certification on the Mayan Riviera, the stretch of Caribbean beach in Mexico that runs from Cancun to the Mayan ruins. Cameron also is one of four Scouts from the Buffalo area registered to attend the 2007 World Jamboree being held in London for the 100th anniversary of scouting.

For his Eagle Project, he coordinated efforts of more than 30 volunteers in the construction of 10 cedar benches for use on the nature trails at Beaver Meadow Nature Center in Java. For the project, he solicited donations of cedar and stain, valued at more than $1,700.

Know a young outstanding Western New Yorker? Tell us about your nomination, including date of birth and address, for possible publication in Class Acts. Sorry, photos can't be returned. E-mail lcontinelli@buffnews.com, or write to: Louise Continelli, The Buffalo News, P.O. Box 100, Buffalo, N.Y. 14240.