# EXHIBIT E

**SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS**

*United States v. Christopher Collins, et al.*
No. S1 18-CR-567 (VSB)

# Photographs

## Photographs of Bench Construction

  

Jigs for putting together the leg subassemblies to insure they are square

  

Jigs for proper spacing of slats for the top of bench during final assemble

  

Building leg assemblies
Building apron assembly
Attaching aprons to legs

  

Wood drying after stain/sealer has been applied

  

Putting together the leg assemblies and trestle

 

Final assembly of apron and slats

Positioning the slats for proper spacing





**Various assembly photos at different stages**



**Cameron with Webelos Den 1**　　　**Truck Loaded for Delivery 3/4/06**




**Cameron with Finished Bench at Beaver Meadow**　　　**Beaver Meadow 3/4/06**



Cameron supervising Cub Scouts in trestle assembly and slat assembly



Various photos of assembly at different stages

