# EXHIBIT G

## SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS

*United States v. Christopher Collins, et al.*
**No. S1 18-CR-567 (VSB)**

```
                                                                        1
     C57AROSSps

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4            v.                                11 CR 300 (JSR)

 5   DAVID ROSEN,

 6                 Defendant.

 7   ------------------------------x

 8                                              New York, N.Y.
                                                May 7, 2012
 9                                              3:45 p.m.

10
     Before:
11
                         HON. JED S. RAKOFF
12
                                                District Judge
13

14                           APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     BY:  GLEN MCGORTY, ESQ.
17        MICHAEL BOSWORTH, ESQ.
          Assistant United States Attorneys
18
     MORVILLO, ABRAMOWITZ, GRAND,
19   IASON, ANELLO & BOHRER, P.C.
          Attorneys for Defendant
20   BY:  ELKAN ABRAMOWITZ, ESQ.
          SCOTT MORVILLO, ESQ.
21        ROBERT CRAIG MORVILLO, ESQ.
          ELLEN MARIE MURPHY, ESQ.
22

23

24

25
```

1    totally hollow and bizarre efforts to determine a sentence
2    chiefly by reference to the amount of money involved, which
3    surely is not irrelevant, but under the guidelines plays an
4    overwhelming role that is contrary to those elementary notions
5    of justice or even common sense.  The guidelines, for example,
6    seem to be of the view that if some swindler, such as one that
7    I once prosecuted many years ago, swindles, in that case I'm
8    thinking of, three widows out of every last penny they have
9    been left by their late husbands, but the total amount that he
10   obtains is only a few hundred thousand dollars, he should be
11   given under the guidelines a much lower sentence than someone
12   who commits, say, an accounting fraud that cheats every
13   shareholder in a company out of 50 cents but because there are
14   a million shareholders amounts to a much greater loss.  This is
15   a morally repugnant view of sentencing that this Court will not
16   give more than the modest efforts it is due.
17          But I am required to calculate the guidelines, and it
18   all turns on the amount involved.  The Probation Office says it
19   is a total offense level of 36 and a criminal history of
20   category I.  There is a secondary issue about abuse of trust,
21   but getting first to the amount involved, the defense says it
22   should be calculated as between $400,000 and a million.  The
23   Probation Office and the government says more than a million.
24          So let me hear first from the defense and from the
25   government at that point.