# EXHIBIT I

## SENTENCING MEMORANDUM ON BEHALF OF CAMERON COLLINS

*United States v. Christopher Collins, et al.*
No. S1 18-CR-567 (VSB)

```
                                                                       1
     0CHSCONTORINIS


 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4

 5           v.                             09 Cr. 1083

 6
     JOSEPH CONTORINIS,
 7
                 Defendant.
 8
     ------------------------------x
 9
                                            December 17, 2010
10                                          2:45 p.m.

11   Before:

12                   HON. RICHARD J. SULLIVAN,

13                                          District Judge

14                      APPEARANCES

15   PREET BHARARA
          Acting United States Attorney for the
16        Southern District of New York
     ANDREW L. FISH,
17   REED M. BRODSKY,
          Assistant United States Attorneys
18
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
19        Attorneys for Defendant
     BY:  MARK F. POMERANTZ
20        ROBERTO FINZI
          THEODORE WELLS, JR.
21        FARRAH R. BERSE

22

23

24

25


              SOUTHERN DISTRICT REPORTERS, P.C.        (212) 805-0300
```

                                                                    52
     0CHSCONTORINIS

1    Those factors include, as we have discussed in great detail,
2    the facts and circumstances of the life of the individual.  I
3    am imposing a sentence on an individual who is unique, with a
4    unique combination of experiences, decisions, just accidents of
5    life, of good judgments, bad judgments, a lifetime worth of
6    judgments.  And so naturally that is the starting point for any
7    sentence.
8            In addition to that, I have to consider the nature of
9    the crime.  I have to impose a sentence that is going to
10   reflect the seriousness of the crime.  I have to impose a
11   sentence that is going to promote respect for the law because,
12   after all, ultimately the law is to protect the society and to
13   maintain order and to enable people to pursue happiness, as I
14   think this country was founded to ensure, and so we have laws
15   to enable people to do that.  Promoting respect for those laws
16   is really important.  People disagree with the laws.  They
17   can't just violate them at will.  There are other ways to
18   change laws.  So promoting respect for the law is a very
19   important component of imposing a sentence.
20           I have to impose a sentence that is going to be a just
21   sentence, a just punishment for the offense.
22           I have to also consider the need to deter you and
23   others from committing crimes.  That is true in every case.
24   There is specific and general deterrence.  We have talked about
25   that quite a bit today.  But those are valid considerations