| Event | Date (EDT) | Time (EDT) | Name | Terminating Name/Sell | Duration/Quantity/Content | Limit Price/Execution Price |
|---|---|---|---|---|---|---|
| Email | Thursday, June 22, 2017 | 6:55:00 PM | Innate CEO | Innate Board (including Collins) | Transmits the Topline Results | |
| Email | Thursday, June 22, 2017 | 7:10:54 PM | Chris Collins | Innate CEO and others | "Wow. Makes no sense. How are these results even possible???" | |
| Phone | Thursday, June 22, 2017 | 7:11:00 PM | Chris Collins | Cameron Collins | 0:00 minutes | |
| Phone | Thursday, June 22, 2017 | 7:11:23 PM | Chris Collins | Cameron Collins | 5 seconds - VM | |
| Phone | Thursday, June 22, 2017 | 7:14:16 PM | Cameron Collins | Chris Collins | 5 Seconds - VM | |
| Phone | Thursday, June 22, 2017 | 7:14:51 PM | Cameron Collins | Chris Collins | 5 Seconds - VM | |
| Phone | Thursday, June 22, 2017 | 7:15:27 PM | Cameron Collins | Chris Collins | 3 seconds - VM | |
| Phone | Thursday, June 22, 2017 | 7:15:50 PM | Chris Collins | Cameron Collins | 7 Seconds - VM | |
| Phone | Thursday, June 22, 2017 | 7:16:19 PM | Chris Collins | Cameron Collins | 6:08 minutes | |
| Text | Thursday, June 22, 2017 | 9:28:14 PM | Lauren Zarsky | Dorothy Zarsky | "We're here." | |
| Phone | Thursday, June 22, 2017 | 9:34:50 PM | Dorothy Zarsky | Fidelity Investments | 28:37 minutes | |
| Order Entry | Thursday, June 22, 2017 | 9:58:39 PM | Dorothy Zarsky | | 30, 250 shares on ASX before halt | |
| News | Thursday, June 22, 2017 | 10:53:00 PM | Trading Halt Notice Received -- Bloomberg | | | |
| Text | Friday, June 23, 2017 | 7:37:00 AM | Stephen Zarsky | Individual-4 | "Call me asap!" | |
| Order Entry | Friday, June 23, 2017 | 7:42:21 AM | Cameron Collins | Sell | 16,508 | $0.46 |
| Text | Friday, June 23, 2017 | 7:44:00 AM | Stephen Zarsky | Individual-4 | "Call me immediately." | |
| Order Entry | Friday, June 23, 2017 | 7:52:18 AM | Stephen Zarsky | Sell | 303,005 | $0.41 |
| Phone | Friday, June 23, 2017 | 9:36:25 AM | Stephen Zarsky | Individual-3 | 3 seconds | |
| Order Entry | Friday, June 23, 2017 | 9:37:52 AM | Lauren Zarsky | Sell | 40,464 | $0.45 |
| Phone | Friday, June 23, 2017 | 9:40:24 AM | Individual-3 | Stephen Zarsky | 57 seconds | |
| Phone | Friday, June 23, 2017 | 9:42:02 AM | Cameron Collins | Chris Collins | 8:24 minutes | |
| Phone | Friday, June 23, 2017 | 9:42:29 AM | Stephen Zarsky | Individual-4 | 45 seconds | |
| Order Entry | Friday, June 23, 2017 | 9:43:33 AM | Individual-3 | Sell | 9,000 | 0.00 |
| Phone | Friday, June 23, 2017 | 9:43:46 AM | Individual-4 | Stephen Zarsky | 3 seconds | |
| Phone | Friday, June 23, 2017 | 9:43:58 AM | Stephen Zarsky | Individual-5 | 4 seconds | |
| Phone | Friday, June 23, 2017 | 9:47:31 AM | Stephen Zarsky | Individual-4 | 1:04 minutes | |
| Phone | Friday, June 23, 2017 | 9:52:06 AM | Individual-4 | Stephen Zarsky | 0 seconds | |
| Phone | Friday, June 23, 2017 | 9:53:37 AM | Individual-4 | Stephen Zarsky | 4:25 minutes | |
| Order Entry | Friday, June 23, 2017 | 9:54:23 AM | Cameron Collins | Sell | 100,000 | $0.50 |
| Order Entry | Friday, June 23, 2017 | 9:57:48 AM | Cameron Collins | Sell | 100,000 | $0.51 |
| Phone | Friday, June 23, 2017 | 10:01:10 AM | Stephen Zarsky | Individual-5 | 33 seconds | |
| Execution | Friday, June 23, 2017 | 10:04:00 AM | Individual-5 | Sell | 2,500 | $0.50 |
| Execution | Friday, June 23, 2017 | 10:04:00 AM | Individual-5 | Sell | 800 | $0.49 |
| Execution | Friday, June 23, 2017 | 10:07:00 AM | Individual-5 | Sell | 11,500 | $0.49 |
| Order Entry | Friday, June 23, 2017 | 10:28:06 AM | Zarsky, Dorothy | Sell | 19,750 | $0.48 |
| Order Entry | Friday, June 23, 2017 | 10:42:05 AM | Cameron Collins | Sell | 100,000 | $0.00 |
| Order Cancel | Friday, June 23, 2017 | 10:49:20 AM | Cameron Collins | Sell | 100,000 | $0.51 |
| Order Entry | Friday, June 23, 2017 | 10:49:20 AM | Cameron Collins | Sell | 100,000 | $0.50 |
| Phone | Friday, June 23, 2017 | 11:32:33 AM | Chris Collins | Cameron Collins | 6:56 minutes | |
| Order Entry | Friday, June 23, 2017 | 11:41:15 AM | Cameron Collins | Sell | 50,000 | $0.00 |
| Order Entry | Friday, June 23, 2017 | 11:46:40 AM | Cameron Collins | Sell | 50,000 | $0.46 |
| Order Cancel | Friday, June 23, 2017 | 11:46:59 AM | Cameron Collins | Sell | 100,000 | $0.50 |

| Event | Date (EDT) | Time (EDT) | Name | Terminating Name/Sell | Duration/Quantity/Content | Limit Price/Execution Price |
|---|---|---|---|---|---|---|
| Order Entry | Friday, June 23, 2017 | 12:55:03 PM | Cameron Collins | Sell | 25,000 | $0.52 |
| Order Entry | Friday, June 23, 2017 | 1:37:02 PM | Cameron Collins | Sell | 25,000 | $0.509 |
| Order Cancel | Friday, June 23, 2017 | 2:43:51 PM | Cameron Collins | Sell | 25,000 | $0.52 |
| Phone | Friday, June 23, 2017 | 3:12:32 PM | Cameron Collins | Chris Collins | 5:05 minutes | |
| Order Entry | Friday, June 23, 2017 | 3:15:56 PM | Cameron Collins | Sell | 50,000 | $0.45 |
| Order Cancel | Friday, June 23, 2017 | 3:19:49 PM | Cameron Collins | Sell | 19,000 | $0.509 |
| Order Entry | Friday, June 23, 2017 | 3:19:49 PM | Cameron Collins | Sell | 19,000 | $0.46 |
| Order Entry | Friday, June 23, 2017 | 3:22:32 PM | Cameron Collins | Sell | 25,000 | $0.45 |
| Order Entry | Friday, June 23, 2017 | 3:29:40 PM | Cameron Collins | Sell | 25,000 | $0.43 |
| Order Entry | Friday, June 23, 2017 | 3:37:22 PM | Cameron Collins | Sell | 25,000 | $0.43 |
| Order Entry | Friday, June 23, 2017 | 3:41:49 PM | Cameron Collins | Sell | 50,000 | $0.00 |
| Order Entry | Friday, June 23, 2017 | 3:51:00 PM | Cameron Collins | Sell | 30,000 | $0.00 |
| Order Entry | Friday, June 23, 2017 | 3:58:02 PM | Cameron Collins | Sell | 50,000 | $0.00 |
| Phone | Friday, June 23, 2017 | 4:48:58 PM | Cameron Collins | Chris Collins | 7:00 minutes | |
| Phone | Friday, June 23, 2017 | 8:20:05 PM | Chris Collins | Cameron Collins | 3 seconds | |
| Phone | Friday, June 23, 2017 | 8:22:07 PM | Cameron Collins | Chris Collins | 19:30 minutes | |
| Phone | Saturday, June 24, 2017 | 1:08:52 PM | Chris Collins | Cameron Collins | 4:16 minutes | |
| Phone | Sunday, June 25, 2017 | 2:49:50 PM | Cameron Collins | Chris Collins | 18 seconds | |
| Phone | Sunday, June 25, 2017 | 2:50:39 PM | Chris Collins | Cameron Collins | 2 seconds | |
| Phone | Sunday, June 25, 2017 | 2:51:01 PM | Cameron Collins | Chris Collins | 1:58 minutes | |
| Phone | Monday, June 26, 2017 | 9:01:03 AM | Cameron Collins | Individual-6 | 3 seconds | |
| Text | Monday, June 26, 2017 | 9:02:00 AM | Individual-6 | Cameron Collins | "Sorry, on a conference call right now. Doing a little phone tag – what's going | |
| Text | Monday, June 26, 2017 | 9:02:00 AM | Cameron Collins | Individual-6 | "Give me a call when you get a free | |
| Order Entry | Monday, June 26, 2017 | 9:08:24 AM | Cameron Collins | Sell | 50,000 | $0.50 |
| Order Cancel | Monday, June 26, 2017 | 9:09:06 AM | Cameron Collins | Sell | 50,000 | $0.50 |
| Order Entry | Monday, June 26, 2017 | 9:09:06 AM | Cameron Collins | Sell | 50,000 | $0.52 |
| Phone | Monday, June 26, 2017 | 9:14:54 AM | Individual-6 | Cameron Collins | 51 seconds | |
| Order Entry | Monday, June 26, 2017 | 9:35:56 AM | Cameron Collins | Sell | 50,000 | $0.50 |
| Order Entry | Monday, June 26, 2017 | 9:40:27 AM | Cameron Collins | Sell | 10,000 | $0.48 |
| Order Entry | Monday, June 26, 2017 | 9:44:33 AM | Cameron Collins | Sell | 25,000 | $0.47 |
| Order Entry | Monday, June 26, 2017 | 9:54:30 AM | Individual-6 | Sell | 1,600 | $0.46 |
| Order Entry | Monday, June 26, 2017 | 10:14:17 AM | Cameron Collins | Sell | 20,000 | $0.49 |
| Order Entry | Monday, June 26, 2017 | 10:27:23 AM | Cameron Collins | Sell | 25,000 | $0.47 |
| Order Entry | Monday, June 26, 2017 | 10:47:58 AM | Cameron Collins | Sell | 8,000 | $0.46 |
| Order Entry | Monday, June 26, 2017 | 10:49:54 AM | Cameron Collins | Sell | 15,000 | $0.460 |
| Order Entry | Monday, June 26, 2017 | 11:17:44 AM | Cameron Collins | Sell | 7,500 | $0.450 |
| Order Entry | Monday, June 26, 2017 | 11:20:00 AM | Cameron Collins | Sell | 6,500 | $0.4500 |
| Order Entry | Monday, June 26, 2017 | 11:21:11 AM | Cameron Collins | Sell | 10,000 | $0.4500 |
| Order Entry | Monday, June 26, 2017 | 11:28:10 AM | Cameron Collins | Sell | 7,000 | $0.4500 |
| Order Entry | Monday, June 26, 2017 | 11:30:13 AM | Cameron Collins | Sell | 20,000 | $0.4480 |
| Order Entry | Monday, June 26, 2017 | 11:32:37 AM | Cameron Collins | Sell | 25,000 | $0.4480 |
| Order Entry | Monday, June 26, 2017 | 11:34:10 AM | Cameron Collins | Sell | 40,000 | $0.4450 |

| Event | Date (EDT) | Time (EDT) | Name | Terminating Name/Sell | Duration/Quantity/Content | Limit Price/Execution Price |
|---|---|---|---|---|---|---|
| Order Entry | Monday, June 26, 2017 | 11:43:53 AM | Cameron Collins | Sell | 12,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 11:50:51 AM | Cameron Collins | Sell | 30,000 | $0.00 |
| Phone | Monday, June 26, 2017 | 11:51:40 AM | Chris Collins | Cameron Collins | 2:46 minutes | |
| Order Entry | Monday, June 26, 2017 | 11:59:03 AM | Cameron Collins | Sell | 25,000 | $0.4000 |
| Order Entry | Monday, June 26, 2017 | 12:03:46 PM | Cameron Collins | Sell | 40,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 12:06:51 PM | Cameron Collins | Sell | 30,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 12:34:42 PM | Cameron Collins | Sell | 20,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 12:37:13 PM | Cameron Collins | Sell | 30,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 1:07:49 PM | Cameron Collins | Sell | 50,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 1:17:12 PM | Cameron Collins | Sell | 50,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 1:56:24 PM | Cameron Collins | Sell | 50,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 1:57:22 PM | Cameron Collins | Sell | 50,000 | $0.4100 |
| Order Entry | Monday, June 26, 2017 | 1:59:07 PM | Cameron Collins | Sell | 35,900 | $0.4100 |
| Order Entry | Monday, June 26, 2017 | 2:05:12 PM | Cameron Collins | Sell | 50,000 | $0.4100 |
| Order Entry | Monday, June 26, 2017 | 2:34:47 PM | Cameron Collins | Sell | 25,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 2:58:51 PM | Cameron Collins | Sell | 25,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 3:10:58 PM | Cameron Collins | Sell | 25,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 3:45:39 PM | Cameron Collins | Sell | 20,000 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 3:45:46 PM | Cameron Collins | Sell | 20,100 | $0.00 |
| Order Entry | Monday, June 26, 2017 | 3:56:25 PM | Cameron Collins | Sell | 25,000 | $0.480 |
| Order Entry | Monday, June 26, 2017 | 3:59:55 PM | Cameron Collins | Sell | 25,000 | $0.00 |
| Phone | Monday, June 26, 2017 | 4:05:55 PM | Chris Collins | Cameron Collins | 27 seconds | |
| Order Cancel | Monday, June 26, 2017 | 4:11:00 PM | Cameron Collins | Sell | 17,000 | $0.47 |
| Order Cancel | Monday, June 26, 2017 | 4:11:56 PM | Cameron Collins | Sell | 50,000 | $0.52 |
| Order Cancel | Monday, June 26, 2017 | 4:11:56 PM | Cameron Collins | Sell | 50,000 | $0.50 |
| Order Cancel | Monday, June 26, 2017 | 4:11:56 PM | Cameron Collins | Sell | 20,000 | $0.49 |
| Order Cancel | Monday, June 26, 2017 | 4:11:56 PM | Cameron Collins | Sell | 25,000 | $0.48 |
| Phone | Monday, June 26, 2017 | 4:33:53 PM | Cameron Collins | Chris Collins | 8:17 minutes | |
| News | Monday, June 26, 2017 | 7:11:32 PM | Bloomberg reports on negative trial results | | | |
| Phone | Monday, June 26, 2017 | 7:24:56 PM | Chris Collins | Cameron Collins | 2:58 minutes | |
| Order Entry | Monday, June 26, 2017 | 7:50:32 PM | Cameron Collins | Sell | 100,000 | $0.50 |
| Phone | Monday, June 26, 2017 | 7:51:13 PM | Cameron Collins | Chris Collins | 2:28 minutes | |
| Order Entry | Monday, June 26, 2017 | 7:53:31 PM | Cameron Collins | Sell | 500,000 | $0.32 |
| Phone | Monday, June 26, 2017 | 8:24:19 PM | Cameron Collins | Chris Collins | 2:12 minutes | |
| Order Entry | Monday, June 26, 2017 | 8:27:09 PM | Cameron Collins | Sell | 500,000 | $0.03 |
| Order Entry | Monday, June 26, 2017 | 8:30:16 PM | Cameron Collins | Sell | 500,000 | $0.0300 |
| Order Entry | Monday, June 26, 2017 | 8:41:42 PM | Cameron Collins | Sell | 1,000,000 | $0.0400 |
| Order Cancel | Monday, June 26, 2017 | 8:42:34 PM | Cameron Collins | Sell | 100,000 | $0.50 |
| Order Cancel | Monday, June 26, 2017 | 8:42:49 PM | Cameron Collins | Sell | 500,000 | $0.32 |
| Order Entry | Monday, June 26, 2017 | 8:43:46 PM | Cameron Collins | Sell | 1,000,000 | $0.060 |
| Phone | Monday, June 26, 2017 | 8:44:41 PM | Cameron Collins | Chris Collins | 2:13 minutes | |
| Order Entry | Monday, June 26, 2017 | 8:48:13 PM | Cameron Collins | Sell | 825,000 | $0.065 |
| Phone | Monday, June 26, 2017 | 8:57:11 PM | Cameron Collins | Chris Collins | 2:36 minutes | |