Citizen Statement: Regarding Cameron Collins Sentencing on January 23rd, 2020
To: Judge Vernon S. Broderick, NY Southern District Court House

From: Francis Stalteri



Dear Judge Broderick,              Today's Date: Thursday, 1-22-2020

I am writing with a Citizen Impact Statement about Cameron Collins whom you are sentencing tomorrow, Friday January 23rd.

This young man has an advanced education from a very good University. He learned what we all did in College about Laws, Rules, Government Agencies and Societal Norms.

Cameron Collins knew full well he was In Violation of Federal Securities Rules when he made Illegal Stock Trades. He knew because he waited several days to carry out those trades.

Cameron Collins 'Timed Out' his activities that he knew were fraudulent to get himself the best outcome. Instead of taking stock losses like the rest of us who gamble on a stock, he manipulated his actions to circumvent the Securities Rules.

The fact that Cameron Collins had full knowledge of the Securities and Stock Trading Rules demonstrated by his Timed Manipulated actions means he deserves no Concessions.

Cameron Collins deserve the Full Sentence for his crimes because he knew what he was doing was wrong all along. The reason he did illegal trades was to avoid financial losses the rest of us in the public could not. Cameron Collins had Insider Information from his Father Chris Collins.

Thank You.
Francis Stalteri

