1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ■ p202 624-2500 ■ f202 628-5116



**Thomas A. Hanusik**
**(202) 624-2530**
**THanusik@crowell.com**

**Rebecca Monck Ricigliano**
**(212) 895-4268**
**RRicigliano@crowell.com**

February 6, 2020

**VIA ECF AND ELECTRONIC MAIL**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Christopher Collins et al.*, 18 Cr. 567 (VSB)

Dear Judge Broderick:

We represent defendant Cameron Collins in the above-captioned matter.  We write to request permission to redact personally identifying and sensitive financial information from the official transcript of the sentencing proceedings held on January 23, 2020, prior to such transcript – which is currently sealed in its entirety – being made publically available.  Our proposed redactions (in addition to a few corrections to the transcript) are appended to this letter as Appendix A.  Appendix A will follow via electronic mail only, and is not being filed via ECF.  Redacting such information is consistent with the Southern District of New York's Privacy Policy ("Privacy Policy"), including the categories of information for which the Privacy Policy counsels exercising caution.

Sincerely,

*[signature]*

Thomas A. Hanusik
Rebecca Monck Ricigliano

cc:   AUSA Scott Hartman (via email)
      AUSA Max Nicholas (via email)
      AUSA Damian Williams (via email)

Honorable Vernon S. Broderick
February 6, 2020
Page 2

SO ORDERED:

Dated:        February __, 2020

> _____
> Honorable Vernon S. Broderick
> United States District Judge