

1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Thomas A. Hanusik
(202) 624-2530
THanusik@crowell.com

Rebecca Monck Ricigliano
(212) 895-4268
RRicigliano@crowell.com

February 6, 2020

> **APPLICATION GRANTED**
> **SO ORDERED** [signature]
> **VERNON S. BRODERICK**
> **U.S.D.J.** 2/7/2020
>
> Counsel for Cameron Collins shall submit by e-mail my chambers a copy of the relevant transcript with the proposed corrections marked and the proposed redactions highlighted in yellow.

**VIA ECF AND ELECTRONIC MAIL**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Christopher Collins et al.*, 18 Cr. 567 (VSB)

Dear Judge Broderick:

    We represent defendant Cameron Collins in the above-captioned matter.  We write to request permission to redact personally identifying and sensitive financial information from the official transcript of the sentencing proceedings held on January 23, 2020, prior to such transcript – which is currently sealed in its entirety – being made publically available.  Our proposed redactions (in addition to a few corrections to the transcript) are appended to this letter as Appendix A.  Appendix A will follow via electronic mail only, and is not being filed via ECF.  Redacting such information is consistent with the Southern District of New York's Privacy Policy ("Privacy Policy"), including the categories of information for which the Privacy Policy counsels exercising caution.

                                                       Sincerely,

                                                       Thomas A. Hanusik
                                                       Rebecca Monck Ricigliano

cc:    AUSA Scott Hartman (via email)
       AUSA Max Nicholas (via email)
       AUSA Damian Williams (via email)

SO ORDERED:

Dated:       February __, 2020

                                                                      _____
                                                                       Honorable Vernon S. Broderick
                                                                       United States District Judge